AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY - 2 2025

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| REYES-VALADEZ, Diego | ) | Case No.  25MJ1038 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 30, 2025 _____ in the county of ___ Dona Ana ___ in the
_____ District of ___ New Mexico ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | Possession with the intent to distribute a controlled substance, to wit: approximately 3.520 kilograms of Cocaine HCL a Schedule II controlled substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Robert Gonzalez_
Complainant's signature

Robert Gonzalez, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/2/2025

City and state: Las Cruces, NM

Judge's signature

U.S. Magistrate Judge
Printed name and title

**ATTACHMENT "A"**

On April 30, 2025, at approximately 12:40 P.M., Agents of the United States Border Patrol (USBP) encountered Diego REYES-VALADEZ at the USBP Checkpoint located on I-25-mile marker 26 in Las Cruces, New Mexico. REYES-VALADEZ was the sole occupant driver, operating a red in color Ford F-150 bearing Chihuahua license plate (ZUA-208-B) when arriving at the primary inspection area for inspection. Upon arrival, REYES-VALADEZ was greeted by USBP agent Natalie Aguilera. USBP agent Aguilera asked REYES-VALADEZ where was he traveling. REYES-VALADEZ stated he was traveling to Albuquerque, NM with the follow up comment of he was meeting up with a friend who needed a ride. USBP agent Aguilera asked REYES-VALADEZ where was he planning to meet his friend and REYES-VALADEZ replied he would call his friend once he got closer to Albuquerque.

USBP agent Aguilera stated at this moment, she noticed REYES-VALADEZ body language began to change (stammering and shifting around in his seat) following up with REYES-VALADEZ beginning to mumble and drop his head. USBP agent Aguilera asked REYES-VALADEZ if he crossed the border today (April 30, 2025) and REYES-VALADEZ replied "Yes." REYES-VALADEZ stated the red in color Ford F-150 belong to him. USBP agent Aguilera then asked REYES-VALADEZ if she could conduct a canine inspection of the vehicle. REYES-VALADEZ consented to the inspection.

At secondary inspections, REYES-VALADEZ was escorted out of his red in color Ford F-150. USBP agent Aguilera conducted a systemic canine inspection of the vehicle with her government assigned canine "JET". USBP canine JET alerted to the vehicle and at that time USBP agent Aguilera asked USBP agents E. Mena and D. Serrano to escort REYES-VALADEZ into the waiting room area of the checkpoint so that a search of the vehicle could be conducted.

During the search of the vehicle USBP agents located three (3) bundles of a white powdery substance wrapped in cellophane individually wrapped in a towel in the tailgate of the vehicle. The total weight of the bundles was 3.52 kilograms. A field test of the white powdery substance using a Narco test kit "G" returned positive for the properties of cocaine by USBP agents. REYES-VALADEZ was then detained and escorted inside the checkpoint.

Drug Enforcement Administration Special Agent Rodney Johnson and Robert Gonzalez arrived at the checkpoint at approximately 4:10 P.M. SA Johnson and SA Gonzalez identified themselves as Federal Law Enforcement to REYES-VALADEZ, and subsequently advised REYES-VALADEZ of his Miranda rights in Spanish. REYES-VALADEZ acknowledged his rights and agreed to speak to SA Johnson and SA Gonzalez without a lawyer present.

During the interview REYES-VALADEZ admitted to knowingly, intentionally, and unlawfully possessing the control substance (cocaine). REYES-VALADEZ stated that a neighbor of his that passed two (2) years ago was into drug smuggling. REYES-VALADEZ asked the associates of the neighbor that passed away for "work" (any drugs that can be moved from one location to another). REYES-VALADEZ stated two (2) weeks ago he and the associates worked on the tail gate of the truck to create space to conceal loads (drugs). REYES-VALADEZ left the tail gate with the associates. REYES-VALADEZ was contact today (April 30, 2025) by the associate stating the tail gate was ready with the load. The tail gate was installed back on the red in color Ford F-150. REYES-VALADEZ was then told to transport the load and once he made it through the checkpoint to call the associate so that he can be directed to the proper location in Albuquerque, NM to deliver the cocaine. REYES-VALADEZ stated that he was going to be paid three (3) thousand dollars total for the transportation of the 3.52 kilograms of cocaine.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation. I state that the following information is based on information provided to me by other agents, and it is true and correct to the best of my knowledge and belief.

*Robert Gonzalez*

Robert Gonzalez, DEA Special Agent

Electronically submitted and telephonically sworn to before me this ___ day of May, 2025.

United States Magistrate Judge